T. J. CRIST et al., Appellants, v. CITY OF ST. LOUIS et al.

**Division One, June 1, 1911.**

Appeal from St. Louis City Circuit Court.—*Hon. Matt G. Reynolds,* Judge.

DISMISSSED.

*Geo. S. Grover* for appellants.

*L. S. Walther* and *T. P. Young* for respondents.

WOODSON, J.—The facts of this case are identical with those in the case of Hicks v. City of St. Louis, disposed of at this sitting of the court, and reported at page 647; and what was there said, is equally applicable here. Consequently, the appeal in this case is dismissed.

All concur.